```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

JOHN DOE,
                                              O R D E R
            Plaintiff,
                                              24 Civ. 8812 (NRB)
     - against -

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT
LLC, BAD BOY PRODUCTIONS LLC,
ORGANIZATIONAL DOES 1-10, AND
INDIVIDUAL DOES 1-10,

            Defendants.

---------------------------------------X
```

**WHEREAS** on November 19, 2024, plaintiff filed his Complaint against the defendants (ECF No. 1); and

**WHEREAS** on November 20, 2024, plaintiff filed a motion for leave to appear anonymously (ECF No. 5); and

**WHEREAS** defendants have not yet been served and have not appeared in this case; and

**WHEREAS** plaintiff has made a sufficient showing to temporarily proceed anonymously; it is hereby

**ORDERED** that plaintiff shall file a renewed motion to proceed anonymously not later than 30 days after service of the Complaint, in order to provide defendants with an opportunity to respond to

1

the motion. If plaintiff fails to timely file this motion, the Court shall order the disclosure of his identity.

DATED:   New York, New York
         November 21, 2024

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2