UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

John Doe,

        *Plaintiff*,

    v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC,
ORGANIZATIONAL DOES 1-10, and
INDIVIDUAL DOES 1-10,

        *Defendants*.

---------------------------------------------------------X

No. 1:24-cv-08812

**PROPOSED ORDER**

    Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "John Doe" is GRANTED.

Date: _____

                                              _____
                                              Hon. Judge Presiding
                                              United States District Judge