January 14, 2025

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

                Re:    *Doe v. Combs, et. al.*, Case No. 24-cv-08812 (NRB)

Dear Judge Buchwald:

      We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

      The undersigned parties have agreed that the Combs Defendants and Bad Boy Records, LLC will accept service through the undersigned counsel of (1) the Complaint (ECF #1) and (2) the Plaintiff's Second Motion for Leave to Appear Anonymously (ECF #14, the "Second Anonymity Motion") in exchange for Plaintiff's consent to an extension of time to respond to each until **February 25, 2025**.

      Consistent with this agreement, the undersigned parties respectfully request that the Court enter a scheduling order providing that (1) the Combs Defendants and Bad Boy Records, LLC shall have until **February 25, 2025** to answer, move, or otherwise respond to the Complaint; and (2) the Combs Defendants and Bad Boy Records, LLC shall have until **February 25, 2025** to file an opposition to the Second Anonymity Motion. No prior request for this relief has been made.

```
Application granted.   So ordered.

        [signature]
     NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE

Dated: January 14, 2025
       New York, New York
```

Respectfully submitted,

/s/ Mark Cuccaro
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

/s/ Antigone Curis
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*

Hon. Naomi Reice Buchwald
January 14, 2025
Page 2 of 2


*/s/ Donald S. Zakarin*
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy Records, LLC*