UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
John Doe,                                                                                          No. 24-cv-8812

    *Plaintiff,*

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS
ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS,
INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY
BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY
ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC,
ORGANIZATIONAL DOES 1-10,

    *Defendants.*
--------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW APPEARENCE

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), Anthony Buzbee, an attorney for Plaintiff in the above-captioned action, hereby moves to withdraw his appearance as an attorney of record until such time as he is admitted to practice in this Honorable District. Plaintiff will continue to be represented by remaining counsel of record from Curis Law.

Dated: March 18, 2025

                                                                  Respectfully Submitted,

                                                                  */s/ Anthony G. Buzbee*

`Application granted.  `**`So ordered.`**
                                                                  Anthony G. Buzbee
                                                                   The Buzbee Law Firm
`NAOMI REICE BUCHWALD`               J.P. Morgan Chase Tower 600 Travis,
`UNITED STATES DISTRICT JUDGE`      Suite 7500
                                                                  Houston, Texas 77002
`Dated: March 20, 2025`                      Telephone: (713) 223-5393
      `New York, New York`              Facsimile: (713) 223-5909
                                                                    Attorneys for Plaintiff John Doe