```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOHN DOE,

                Plaintiff,

        - against -                              ORDER

SEAN COMBS, DADDY'S HOUSE                   24 Civ. 8812 (NRB)
RECORDINGS COMPLAINT AND
INC., CE OPCO, LLC d/b/a COMBS
GLOBAL f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS,
INC., BAD BOY PRODUCTIONS HOLDINGS,
INC., BAD BOY BOOKS HOLDINGS, INC.,
BAD BOY RECORDS LLC, BAD BOY
ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, AND INDIVIDUAL
DOES 1-10,

                Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated February 25, 2025, see ECF No. 32, and March 5, 2025, see ECF No. 35, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing

of defendants' motion to the filing of defendants' reply.

      **SO ORDERED.**

Dated:    New York, New York
           March 28, 2025

                                            NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE