```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

JOHN DOE,
                                                    O R D E R
                Plaintiff,
                                                    24 Civ. 8812 (NRB)
        - against -

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL
f/k/a COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD BOY
PRODUCTIONS HOLDINGS, INC., BAD BOY
BOOKS HOLDINGS, INC., BAD BOY
ENTERTAINMENT LLC, BAD BOY PRODUCTIONS
LLC, ORGANIZATIONAL DOES 1-10, AND
INDIVIDUAL DOES 1-10,

                Defendants.

---------------------------------------X
```

**WHEREAS** on November 19, 2024, plaintiff filed a Complaint against defendants raising a single cause of action under the New York City Victims of Gender-Motivated Violence Protection Act ("VGMVPL") (ECF No. 1); and

**WHEREAS** defendants' request to move to dismiss primarily on statute of limitations grounds was granted on March 28, 2025 (ECF No. 38); and

**WHEREAS** there are at least two pending appeals before the Second Circuit raising statute of limitations issues similar to defendants' anticipated motion to dismiss, see Parker v. Alexander, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); Doe

1

v. Black, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024); and

**WHEREAS** the Circuit's decision on this potentially dispositive issue of law will be binding; and

**WHEREAS** plaintiff's motion to appear anonymously is currently pending before this Court (ECF Nos. 14-17, 33); and

**WHEREAS** there are at least two pending appeals before the Second Circuit raising the same anonymity issue, see Doe v. Combs, No. 24 Civ. 7778 (JLR), 2025 WL 934358 (S.D.N.Y. Mar. 27, 2025); Doe v. Combs et al., No. 24 Civ. 7776 (NRB), 2025 WL 1079038 (S.D.N.Y. Apr. 9, 2025); and

**WHEREAS** the Court wrote to the parties on April 8, 2025, proposing a stay until the Circuit resolves the pending appeals (ECF No. 40); and

**WHEREAS** neither party has objected to the Court's proposal; it is hereby

**ORDERED** that a formal stay is imposed until further order of the Court.

DATED:   New York, New York
         April 24, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE